# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWAIN LAMMEY**, <br><br> Plaintiff, <br><br> v. <br><br> **DUJACK INVESTMENT, INC.,** <br><br> Defendants. | Case No. CV 19-2435-DMG (JPRx) <br><br> **JUDGMENT** |

The Court having granted Plaintiff Dwain Lammey's Motion for Default Judgment by order dated September 24, 2019 [Doc. # 29],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Dujack Investment, Inc. Defendant shall pay Plaintiff a total of $8,781.50 in statutory penalties, attorneys' fees, and litigation costs. Defendant shall also comply with the Americans with Disabilities Act ("ADA") by providing an ADA-compliant route of access at its property located at 6520 Crenshaw Boulevard, Los Angeles, California.

DATED: September 24, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE